Gail Turner

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 JUN -3 A 9: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Felicia Dixon 131933     Paula Whatley - 185357
Gail Turner 191059       Tabitha Dickerson - 167077
Brenda Powell 162568     Estelle Carter - 226770
Perrion Roberts - 159116

Full name and prison number of plaintiff(s)

v.

Commissioner Donal Campbell
Tutwiler Administration
WARden Gladys Deese
Deputy Warden Frank Albright
Lt. Lenita Hawthorne et.al
Defendants

Name of person(s) who violated your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05CV523-F  (crossed out)
(To be supplied by the Clerk of the U.S. District Court)

2:05CV580-F

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? Yes ( ) No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( ) No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____
      
      Defendant(s) _____
      _____
   
   2. Court (if federal court, name the district; if state court, name the county)
      _____
      _____
   
   3. Docket No. _____
   
   4. Name of Judge to whom case was assigned _____



SCANNED
6/16/05 SB

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Tutwiler Prison For Women_ _8966 - US Highway 231 N Wetumpka, Ala 36092_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Tutwiler_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commissioner Donal Campbell | |
| 2. | Warden Gladys Deese | 8966 - US Highway 231 N Wetumpka Ala. |
| 3. | Deputy Warden Frank Albright | 8966 - US Hwy 231 N |
| 4. | Lt. Lenita Hawthorne | 8966 - US Highway 231 N Wetumpka, Ala. |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
_Continuously_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Cruel + Unusual Punishment - 8th Amendment Due Process Clause of 14th Amendment_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_All the Defendant in His or Her Individual + Official Capacity while acting under Color of State law violated + continue to violate their own established policy, procedure. Non-smokers Are being unwillingly exposed to unreasonable levels of second-hand smoking. In a no smoking inside the facility_

-2-

GROUND TWO: The Deliberate Indifference to the non-Smoker's Health + Welfare, now + in the future

SUPPORTING FACTS: Exposure to Unconstitutional High Levels of Environmental second Hand Smoke Failure of the Defendants to enforce their policies and procedures

GROUND THREE: The Non-Smokers are being subjected to cruel Punishment And further Damage to their Health + Safety

SUPPORTING FACTS: Plaintiff's having experienced / suffered physically And mentally from the failure of the Defendants to adequately provide an environment that is not Hazardous to one's Health, objective element subjected to scrutiny under the 8th Amendment.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
1. Smoke Detector's to be kept in Working Condition
2. Implement Rules, Policies, Regulation while enforcing them to the MAX
3. Provide Non-Smoking Living Areas in each dorm
4. Compensating each Plaintiff for damages Physical being experienced now + in the future Physical + Mental Anguish

_Julius Dixon_ — See Attached Sheet
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on  5/27/05 — 6/1/05
                    (date)

_See Attached Sheet_
Signature of plaintiff(s)

-3-

In Filing this Civil Action 42 U.S.C §1983

I. Plaintiff asserts every person/defendant acted under color of statute "Under color of State Law."

II. 28 U.S.C §1343(3) provides the court with jurisdiction to hear this case.

III. The Defendants in his or her Official and individual Capacity deprived the Plaintiff(s) of rights secured by the U.S.C.A.

IV. Deprivation of Right secured by Federal Law.
   A. Eighth Amendment which prohibits "cruel and unusual punishment"
   B. Due Process Clause of the Fourteenth Amendment

V. All available remedies have been exhausted that are available in the Alabama Department of Correction to inmates at Tutwiler Prison For Women.

Plaintiffs Applying As Joinder to Any And All Civil Actions in violation of their Constitution Rights As non-Smokers. Pro Se Inmates

Non-Smokers/Plaintiffs

Felicia Dixon — Felicia Dixon — 131933
Estella Carter — Estella Carter — AIS #226170
Gail Turner — Gail Turner — 191059
Brenda Powell — Brenda Powell — 162568 #
Perrion Roberts — [signature] — 159116
Paula Whately — Paula Whatley — 185251
Tabitha Dickerson — [signature] — 167077


Defendants

Commissioner Donal Campbell — Superior Supervisor A.D.O.C.
Warden Gladys Deese
Deputy Warden Albright (Frank Albright)
Lt. Lenita Hawthorne