**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Lenita Hawthorne
Julia Tutwiler Prison for Women
8966 U.S. Hwy 231 North
Wetumpka, AL 36092

A. Signature

X _____   ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery  6/22/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:05CU580-F
   C & 8                                        40

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service        7005 1160 0001 3017 2839

102595-02-M-1540

Domestic Return Receipt

PS Form 3811, February 2004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden Gladys Deese
Julia Tutwiler Prison for Women
8966 U.S. Hwy 231 North
Wetumpka, AL 36092

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Susie Mims_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   _Susie Mims_   C. Date of Delivery   6/22/05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:05cv 580-F
C, O

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article
(Trans   7005 1160 0001 3017 3102

102595-02-M-1540

Form 3811, February 2004   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Warden Frank Albright
Julia Tutwiler Prison for Women
8966 U.S. Hwy 231 North
Wetumpka, AL 36092

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Susie Mims_      ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

Susie Mims     6/22/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:05CV580-F

C & S

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service)     7005 1160 0001 3017 3119

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540