**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Kay P. Hope*    ☒ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

1. Article Addressed to:

Commissioner Donal Campbell
Alabama Department of C[orrec]tions
50 Ripley Street, 3rd
Montgomery, AL

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:05CU580-F

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 3017 2846

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540