In The District Court of The United States for The Middle District of Alabama

Northern District

RECEIVED
2005 JUL 14 A 9:55

Gail Turner, #191059
   Plaintiff

v.

Donal Campbell, et al
   Defendants

Case No. 2:05-CV-580-F

## Petition

Pursuant to FRCP 23(b)(2), I am asking the Court to certify this legal action as a Class Action Lawsuit. To establish a Plaintiff of all present and future inmates who are similarly situated, being able to recover for their physical damages

As a Pro Se Inmate it is my belief that as a plaintiff along with other inmates we have:

I. Claims arising out of the same series of events occurring in the same facility.

II. Sharing at least one common question of law or fact.

Realizing that the Court has the power to join claims or break them apart, I am asking the Court to consider this petition as well as that of the other Plaintiffs. Further evidence will prove this to be a systematic Problem that has and will cause substantial physical Injuries to Plaintiff now and in the future.

Respectfully
Gail Turner, #191059
Gail TURNER, #191059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _The Defendants Case # 2:05-CV-580-F_ BY THE U.S. FIRST CLASS MAIL, THIS __12__ DAY OF __July__, __2005__.

_Joel Turner #191059_
PETITIONER