In The District Court of The United States For The Middle District of Alabama

Northern District

Gail Turner, #191059
    Plaintiff

v.

Donal Campbell, et al
    Defendants

Case No. 2:05-CV-580-F

RECEIVED
JUL 14 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Petition To Have Attorney Appointed

As a Pro Se Inmate Pursuant to Federal Statue 28 USC § 1915(e), which gives the court Authority to appoint lawyers. It is my belief and based on the known facts and circumstances surrounding this 1983 being filed, which has:

I. Merit

II. Will require factual investigation due to my being incarcerated, I cannot perform due to my imprisonment.

III. Due to (our) my being incarcerated my credibility as a witness may come under attack so that there is a need for a lawyer to conduct cross examination.

IV. The appointment of a lawyer would further Justice.

Respectfully,
Gail Turner, #191059
GAIL TURNER, #191059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _The Defendants Case # 2:05-cv-580-F_ BY THE U.S. FIRST CLASS MAIL, THIS __12__ DAY OF __July__, __2005__.

_____ #191059
PETITIONER