

**Bob Riley**
GOVERNOR

### State of Alabama
# Alabama Department of Corrections
301 S. Ripley Street
P. O. Box 301501
Montgomery, AL 36130



**Donal Campbell**
COMMISSIONER



December 17, 2004

ADMINISTRATIVE REGULATION                    OPR:  PERSONNEL
NUMBER                          009

## SMOKE/TOBACCO FREE POLICY

### I.   GENERAL

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures to provide a healthful, comfortable, and productive work/living environment for employees, inmates, visitors, and contractors.

### II.   POLICY

It is the policy of the ADOC that all ADOC owned or leased buildings, facilities, and vehicles will be smoke-free. Certain institutions shall be designated as tobacco free.

### III.   DEFINITION (S) AND ACRONYM (S)

A.   Contract Person:  Person designated to be available to employees and inmates who would like to take the opportunity to quite smoking and/or stop using tobacco.

B.   Designated Smoking Area:  An area outside a building/institution where smoking is permitted pursuant to this regulation.

C.   Juvenile:  Individual who has not attained the age of eighteen (18) years.

D.   Non-smoking Area:  Inside area of all ADOC buildings and institutions.

E.   Smoke-free:  No use of tobacco products that produce smoke.

F.   Tobacco-free:  No use of tobacco products of any kind, to include smokeless tobacco. Tobacco products are prohibited from entering the premises.

G.    Tobacco Products: Consists of all items as cigars, cigarettes, snuff, or similar goods prepared for smoking, chewing, dipping, or other personal use.

## IV.    RESPONSIBILITIES

It is the responsibility of all ADOC employees, inmates, visitors, and contractors to comply with the contents of this regulation.

## V.    PROCEDURES

A.    Smoking is strictly prohibited within all ADOC building/institutions including, but not limited to:

1. Officers

2. Hallways

3. Waiting rooms

4. Restrooms

5. Lunch rooms

6. Elevators

7. Meeting Rooms

8. All ADOC vehicles

B.    Smoking will be permitted outside all buildings/institutions only at designated smoking areas. Designated smoking areas will not be closer than ten (10) feet to the entrance of the building/institution. A fire resistant receptacle for cigarette butts will be available in this area.

C.    In accordance with Federal Statute 20 USCA 6082, regardless of any smoking policy, smoking by juvenile inmates shall not be permitted.

D.    "Non-smoking" signs shall be posted at all building entrances and throughout the building.

E.    A representative of each building/institution will be appointed to serve as a contact person for employees and inmates who would like to quite smoking and/or stop using tobacco.

AR 009 – December 17, 2004

VI.  **DISPOSITION**

Any forms will be disposed of and retained according to the Departmental Records Disposition Authority.

VII.  **FORMS**

There are no forms prescribed in this regulation.

VIII.  **SUPERCEDES**

This regulation supercedes AR 009 dated April 7, 1995.

IX.  **PERFORMANCE**

A.  Code of Alabama, 1975, Section 14-1-1

B.  Federal statute 20 USCA 6082

C.  ACA Standards 4-4214 and 4-4361

Donal Campbell, Commissioner

AR 009 – December 17, 2004