IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL TURNER, # 191059, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv580-F |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 18 July 2005, the Magistrate Judge filed a Recommendation (Doc. #11) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1.  The Recommendation be and is hereby ADOPTED;

2.  The plaintiff's motion for class certification is DENIED; and

3.  This case is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this the 29th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE