In The District Court Of The United States
For The Middle District Of Alabama

Northern Division

RECEIVED

2005 SEP -6  A 10: 34

GAIL TURNER #191059 )
Plaintiff )
)
vs )           CASE # 2:05CV580F
)
DONAL Campbell, et. al )
Defendants )


Motion  For  Enlargement  Of  Time


As the Plaintiff, I Am petitioning the court for An enlargement of time to Respond to the Defendants arguments, motions And petitions As well As exhibits. The Defendants uses Laube V. HAley in arguing this CASE as An inmate here A Tutwiler Prison Annex this information is not Available in Our library. It is my belief this is Not a proper citing, I Am asking the court to order the Defendants to provide a proper citing And copies or Assess to this CASE, As soon As possible So that I CAN complete my response to support And provide the court with Relevant evidence, information And facts to prove the truth of Matters And facts surrounding my filing this U.S.C § 1983.

Laube V. Haley ( 2:02-CV-000-957-MHT ) is Not
a proper citing.

Respectfully,
GAIL TURNER # 191059
Gail Turner # 191059

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN

SERVED UPON _Office Of Attorney Gen. State_ BY THE U.S.

_of Alabama_

FIRST CLASS MAIL, THIS _1st_ DAY OF _September_, _2005_.

_Neil Turner #191059_

**PETITIONER**

Case# 2:05 CV 580 F