IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GAIL TURNER | ) |
|     Plaintiff(s), | ) |
| v. | ) 2:05-CV-580-F |
| DONAL CAMPBELL, ET AL. | ) |
|     Defendant(s). | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW undersigned counsel, and moves for substitution of counsel for the Defendants based on the following:

1. Assistant Attorney General Andrew H. Smith is the counsel of record for the Defendants in this matter. Mr. Smith is no longer employed by the Attorney General's Office, requiring that his civil litigation caseload be reassigned.

2. This case has been reassigned to Assistant Attorney General Benjamin H. Albritton, who is prepared to represent the Defendants in this matter.

3. Counsel can be served at the address listed below.

WHEREFORE, based on the foregoing, the undersigned counsel requests that he be substituted as counsel of record for the Defendant.

                Respectfully submitted,

                TROY KING (KIN047)
                Attorney General

                /s/ Benjamin H. Albritton
                Benjamin H. Albritton (ALB008)
                Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
balbritton@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 12th day of September, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Gail Turner, AIS#191059
Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, AL 36092

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General